IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

        Plaintiff,                Civil Docket No.:  17-2446 SHL cgc
                                              (Reference Case No.: 2:03CR20061-2-B)

    v.

DEANDRE BROWN,

        Defendant.

## APPLICATION FOR WRIT OF EXECUTION

TO:    Honorable Thomas Gould
          Clerk, United States District Court
          Western District of Tennessee
          Memphis, Tennessee 38103

Plaintiff, United States of America, makes application pursuant to Section 3203 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203, to the Clerk of the United States District Court to issue a Writ of Execution upon the judgment entered against the Defendant, Deandre Brown. In support of this application, the United States provides the following statement:

1. On September 09, 2003, a Judgment was entered in United States District Court in the Western District of Tennessee, against the Defendant, Deandre Brown, in the amount of $39,237.48 Restitution and $100 Special Assessment. (U.S. v. Brown, CR No. 2:03-cr-20061 (W.D. Tenn.) RE 49, Judgment in a Criminal Case). The above named Defendant, whose address is 2360 Clearpark Dr., Memphis, Tennessee 38127 and last four of the social security number is 2700, is indebted to the United States as of June 28, 2017, in the amount of $30,017.14 plus interest and costs, if any.

2. There is or may be property in which the defendant has possession, custody, or control, and in which the defendant has a substantial non-exempt interest which may be levied upon for payment of the above judgment in 03-CR-20061, described as:

> **Tract One, NW ¼ SW ¼ (LESS LOTS) and W21A SW ¼ SW ¼ LESS AND EXCEPT 4-1.00 AC TR in 3-10-08 containing 39.110 acres more or less.**
> **Tract Two, W37.8> E170.8> S135> SE ¼ SW ¼ of 03-10-08 containing 1.080 acres more or less.**
> **Tract Three, W137.3> E582.7> S1315> SW ¼ of 03-10-08 LESS 3.00 AC TR of SE ¼ SW ¼ of 03-10-08.**
> **Tract Four, E5 A W9 AN ½ NW 14 SW1/4 of 3-10-08 containing 5 acres more or less.**
> **Map and Parcel:   157-00046-100 & 157-00047-00**
> **Being the same property conveyed to DeAndre Brown by Quitclaim Deed and recorded as Instrument Number BK2016PG5160-5162 in the State of Arkansas, County of Mississippi Osceola District on August 23, 2016.**
> **Address:   4494 Hwy Joiner, AR 72350**

3. Pursuant to 28 U.S.C. § 2001, the U. S. Marshal Service shall levy on the property and be authorized, at their discretion, to contract with a third party in order to maximize the sale of the property.   The U.S. Marshals Service is not required to sell the property at auction, on the premises of the property, or at the courthouse, and any reasonable advertising may be used, so long as it is done in a commercially reasonable manner. No official Notice of Sale needs to be issued and posted at the county courthouse.   No sale shall take place until either the United States Attorney's Office or the U.S. Marshals Service has filed a certificate with the court indicating that the defendant has been served with a copy of the Writ, and until at least thirty (30) days has passed since the date of said service.   No other process needs to be served on the defendant prior to the sale, and the Notice of Levy does not need to be filed with the county.

4. The U.S. Marshals Service shall be commanded to collect interest on the debt from the date hereof with their costs and expenses and make return of the Writ within ninety (90) days after the date of issuance if levy is not made, or, within ten (10) days after the date of sale of

property on which levy is made.  The levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest.

    5.  The U. S. Marshals Service will prepare a Report of Sale with the Court within five (5) days after the sale is completed.  The sale will be final after the Report of Sale is filed with the Court.

    Respectfully submitted this <u>28th</u> day of <u>June</u>, 2017.

                    Respectfully Submitted,

                    LAWRENCE J. LAURENZI
                    Acting United States Attorney

By:    <u>s/Barbara M. Zoccola</u>
          BARBARA M. ZOCCOLA (BPR 13020)
          Assistant United States Attorney
          167 N. Main, Suite 800
          Memphis, TN   38103

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil Docket No.: 17-2446 SHL cgc
                                                (Reference Case No.: 2:03cr20061-2-B)

    v.

DEANDRE BROWN,

        Defendant.

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL, HIS DEPUTIES AND AGENTS:

On, September 09, 2003, a Judgment was entered in the United States District Court for the Western District of Tennessee, in favor of the United States of America, plaintiff, and against the defendant, Deandre Brown, in the sum of $39,237.48 Restitution and $100 Special Assessment.

Deandre Brown whose last known address is 2360 Clearpark Dr., Memphis, Tennessee 38127 and last four of the Social Security Number is 2700 is indebted to the United States in the amount of $39,237.48 plus interest and costs, if any, as a result of the Judgment filed in favor of the Plaintiff entered on September 09, 2003, in the Western District of Tennessee.  The balance due as of June 27, 2017, is $30,017.14 plus interest and costs, if any.  A lien has been properly recorded by the plaintiff with the Mississippi County, Arkansas Circuit Clerk and Shelby County, Tennessee, Register of Deeds.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED pursuant to 28 U.S.C. § 2001, to satisfy the judgment by levying on and selling all property in which defendant has a substantial nonexempt interest, and by executing upon the property described as defendants property located at:

    **Tract One, NW ¼ SW ¼ (LESS LOTS) and W21A SW ¼ SW ¼ LESS AND EXCEPT 4-1.00 AC TR in 3-10-08 containing 39.110 acres more or less.**
    **Tract Two, W37.8> E170.8> S135> SE ¼ SW ¼ of 03-10-08 containing 1.080 acres more or less.**
    **Tract Three, W137.3> E582.7> S1315> SW ¼ of 03-10-08 LESS 3.00 AC TR of SE ¼ SW ¼ of 03-10-08.**

**Tract Four, E5 A W9 AN ½ NW 14 SW1/4 of 3-10-08 containing 5 acres more or less.**
**Map and Parcel:   157-00046-100 & 157-00047-00**
**Being the same property conveyed to DeAndre Brown by Quitclaim Deed and recorded as Instrument Number BK2016PG5160-5162 in the State of Arkansas, County of Mississippi Osceola District on August 23, 2016.**
**Address:   4494 Hwy Joiner, AR 72350**

No sale shall take place until either the United States Attorney's Office or you have filed a certificate with the court indicating that the defendant has been served with a copy of this Writ, and until at least thirty (30) days has passed since the date of said service.   No other process needs to be served on the defendant prior to the sale, and the Notice of Levy does not need to be filed with the county.

YOU ARE ALSO COMMANDED to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

YOU ARE FURTHER COMMANDED to prepare and file a Report of Sale with the Court within five (5) days after the sale is completed.   The sale will be final after the Report of Sale is filed with the Court.

YOU ARE FURTHER AUTHORIZED, at your discretion, to contract with a real estate or brokerage firm for the sale of the property in order to maximize said sale.  In addition, you are not required to sell property at auction, on the premises of the property, or at the courthouse, and any reasonable advertising may be used, so long as it is done in a commercially reasonable manner. No official Notice of Sale needs to be issued and posted at the county courthouse.

WITNESS Thomas Gould, the Clerk of the United States District Court for the Western District of Tennessee, attests by hand and seal of said Court this <u>28th</u> day of <u>    June          </u>, 2017.

THOMAS GOULD, CLERK<br>
United States District Court<br>
For the Western District of Tennessee<br><br>
By:    s/Julia Davis<br>
       Deputy Clerk

| RETURN | |
|---|---|
| DATE RECEIVED | TIME RECEIVED |
| DATE OF LEVY | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE | FEES, COSTS & EXPENSES |
| The writ was received and executed | |
| U.S. MARSHAL | By:  DEPUTY U.S. MARSHAL |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,
        Plaintiff,                      Civil Docket No.: 17-2446 SHL cgc
                                           (Reference Case No.: 2:03CR20061-2-B)

     v.

DEANDRE BROWN,
        Defendant.

## NOTICE OF MARSHAL'S SALE

TO THE ABOVE-NAMED DEFENDANT(S) AND ALL OTHER PERSONS INTERESTED:

     TAKE NOTICE that on the _____ day of _____, 2017, by virtue of an Execution issued out of the above-named court in the above-entitled action on the _____ day of _____, 2017, I have levied upon the following described properties located in the County of Shelby State of Tennessee, and all the right, title, and interest of said defendant therein, to wit:

> **Tract One, NW ¼ SW ¼ (LESS LOTS) and W21A SW ¼ SW ¼ LESS AND EXCEPT 4-1.00 AC TR in 3-10-08 containing 39.110 acres more or less.**
> **Tract Two, W37.8> E170.8> S135> SE ¼ SW ¼ of 03-10-08 containing 1.080 acres more or less.**
> **Tract Three, W137.3> E582.7> S1315> SW ¼ of 03-10-08 LESS 3.00 AC TR of SE ¼ SW ¼ of 03-10-08.**
> **Tract Four, E5 A W9 AN ½ NW 14 SW1/4 of 3-10-08 containing 5 acres more or less.**
> **Map and Parcel:   157-00046-100 & 157-00047-00**
> **Being the same property conveyed to DeAndre Brown by Quitclaim Deed and recorded as Instrument Number BK2016PG5160-5162 in the State of Arkansas, County of Mississippi Osceola District on August 23, 2016.**
> **Address:   4494 Hwy Joiner, AR 72350**

THAT THE PARTIES to said action are the United States of America, plaintiff, and Deandre Brown, defendant; and that the amount of plaintiff's claim and demand, as stated in the said Execution, is the sum of $30,017.14 plus interest and costs, if any, as of June 28, 2017 together with interest and costs of this service.

                                             Jeff Holt
                                             United States Marshal
                                             Western District of Tennessee

                    By:     _____
                                             Deputy United States Marshal
                                             Western District of Tennessee

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

            Plaintiff,                        Civil Docket No.: 17-2446 SHL cgc
                                                (Reference Case No.: 2:03CR20061-2-B)

    v.

DEANDRE BROWN,

            Defendant.                    **INSTRUCTIONS TO CRIMINAL**
                                                **DEFENDANT, CLERK'S**
                                                **NOTICE OF POST-JUDGMENT**
                                                **EXECUTION, RIGHT TO HAVE**
                                                **EXEMPTIONS DESIGNATED,**
                                                **AND REQUEST FOR HEARING.**

       You are hereby notified that your property is being taken by the United States of America which has a judgment against you in Case No. 03cr20061 in the United States District Court for the Western District of Tennessee. You are indebted to the United States in the amount of $39,237.48, as a result of a judgment filed in favor of the Plaintiff entered on September 09, 2003, in the Western District of Tennessee. The balance due as of June 28, 2017, is $30,017.14 plus interest and costs.

       In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government <u>if you can show that the exemptions apply</u>. Attached is a summary of the major exemptions which apply under federal law. If you wish to claim exempt property, you must complete and return the attached exemption form.

       If you are the defendant, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the exemptions.

       If you want a hearing regarding your criminal exemptions, you must request one from the court within 20 days after receipt of the notice. Your request must be in writing. Not all requests are granted.

       If you wish, you may request a hearing by completing the attached Request for Hearing. You must either mail it or deliver it in person to the Clerk of the United States District Court at U.S. Courthouse, 167 N. Main, Suite 242, Memphis, TN 38103. You must also send a copy of

your request to the United States Attorney's Office, Financial Litigation Unit, 167 N. Main Street, Suite 800, Memphis, TN 38103 notifying the Government that you want a hearing.

If you are entitled to a hearing, it may take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. If you are granted a hearing, you may explain to the judge or clerk why you believe the property the Government has taken is exempt. If the Government is pursuing a writ of execution your property may be sold at public auction and the proceeds of the sale paid on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at U.S. Courthouse, 167 N. Main, Suite 242, Memphis, TN 38103. You must also send a copy of your request to the Government at the United States Attorney's Office, Financial Litigation Unit, 167 N. Main Street, Suite 800, Memphis, TN 38103.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

Date: June 28, 2017



THOMAS GOULD, CLERK
United States District Court
For the Western District of Tennessee

By: s/Julia Davis
Deputy Clerk

United States of America v. Deandre Brown

## REQUEST FOR HEARING

_____        Yes, I request a hearing within _____5 days; or _____ after 5 days, but within a reasonable time so I can first discuss this with the U.S. Attorney's Office.

Please notify me at the following address:

_____

_____

_____

or telephonically at

(Home) (_____) _____
(Work) (_____) _____

I contest the following:

_____

_____         _____
Date                                                                                    Defendant/Debtor

NOTE:   You should return your Claim for Exemption Form with this notice for hearing, sending a copy of each to:

Clerk of the Court at U.S. Courthouse
167 N. Main, Suite 242
Memphis, TN 38103.

United States Attorney's Office
Financial Litigation Unit
167 N. Main Street, Suite 800
Memphis, TN 38103

# CLAIM FOR EXEMPTION FORM
## Exemptions under federal law (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

\_\_\_\_\_  1.  **Wearing apparel and school books.**  Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

\_\_\_\_\_  2.  **Fuel, provisions, furniture, and personal effects.**  So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$9,200** in value.

\_\_\_\_\_  3.  **Books and tools of a trade, business, or profession.**  So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$4,600** in value.

\_\_\_\_\_  4.  **Unemployment benefits.**  Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

\_\_\_\_\_  5.  **Undelivered mail.**  Mail, addressed to any person, which has not been delivered to the addressee.

\_\_\_\_\_  6.  **Certain annuity and pension payments.**  Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

\_\_\_\_\_  7.  **Workmen's Compensation.**  Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

\_\_\_\_\_  8.  **Judgments for support of minor children**.  If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____ 9.  **Certain service-connected disability payments.**  Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under (A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____ 10.  **Assistance under Job Training Partnership Act.**  Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

IT MAY BE HELPFUL FOR YOU TO CONSULT WITH AN ATTORNEY IN THIS MATTER.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____     _____
Debtor's printed or typed name     Signature of debtor            Date

## **NOTICE TO DEFENDANT DEBTOR ON HOW TO CLAIM EXEMPTIONS**

The attached post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken.  Such property is said to be exempt.  This Notice lists the exemptions under federal law.  There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you must:
(I) fill out the claim for exemption form, and;
(ii) deliver or mail the form to the clerk's office of this court and counsel for the United States.  You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

On the day of the hearing, you should come to court ready to explain why your property is exempt, and you should bring any documents which may help you prove your case.  If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

        Plaintiff,        Civil Docket No.: 17-2446 SHL cgc
                                    (Reference Case No.: 2:03CR20061-2-B)

v.

DEANDRE BROWN,

        Defendant.

## CERTIFICATE OF SERVICE

      The United States of America, the judgment creditor herein, hereby certifies that the following documents have been served by the United States Marshal on the defendant, Deandre Brown by the United States Marshal:

1. Copy of Writ of Execution
2. Copy of Clerk's Notice
3. Notice to Defendant on How to Claim Exemptions
4. Claim for Exemption form

                                    LAWRENCE J. LAURENZI
                                    Acting United States Attorney

                      By:    s/Barbara M. Zoccola
                                  BARBARA M. ZOCCOLA (BPR 13020)
                                  Assistant United States Attorney
                                  167 N. Main St., Suite 800
                                  Memphis, TN 38103
                                  (901) 544-4231