# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02446-SHL-cgc |
| DEANDRE BROWN, | ) |
| Defendant. | ) |

## JUDGMENT

This case came before the Court with the Application for Writ of Garnishment filed by the Government on June 28, 2017. (ECF No. 1.) The Writ of Garnishment was issued that same day. (ECF No. 3.) The Government now informs the Court that the relevant asset has been auctioned, with the profits applied to the balance of the restitution and that Defendant has paid the restitution debt in full. (ECF No. 8.) Consequently, it requests that the case be closed. (Id.)

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with Plaintiff's request and due to Defendant's satisfaction of the restitution, Judgment is entered and the matter is hereby **DISMISSED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 25, 2019
Date